UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JESSE HUDSON,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 25-cv-04462-RMI

**JUDGMENT**

On August 10, 2026, the court entered an order resolving this Social Security Appeal. Pursuant to Federal Rule of Civil Procedure 58, the court hereby **ENTERS** judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 10, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California